IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PHILLIPPI S. LOWE,**
    Plaintiff,

vs.                                      Case No. 3:06cv248/MCR/MD

**STATE OF FLORIDA,**
    Defendant.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action in June of 2006 by filing a civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1).

On July 7, 2006 this court entered an order requiring plaintiff to file an amended complaint within thirty days. (Doc. 6). Thereafter, he was given an extension of time, until October 9, 2006, in which to file his complaint. After receiving no response from plaintiff, on October 19, 2006 the court entered an order directing plaintiff to show cause within twenty days why this case should not be dismissed. (Doc. 12). To date, plaintiff has failed to file an amended complaint or explain his failure to do so.

Accordingly, it is respectfully RECOMMENDED:

That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

DONE AND ORDERED this 6th day of December, 2006.

/s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**