# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PHILLIPPI S. LOWE,

    VS                                    CASE NO.  3:06cv248/MCR/MD

STATE OF FLORIDA,

**REFERRAL AND ORDER**

Referred to Judge Rodgers on         January 11, 2007
Type of Motion/Pleading: MOTION FOR ENLARGEMENT OF TIME DUE TO GRIEVOUS HARDSHIP CONDITION TO RESPOND TO ALL COURT ORDERS, MOTIONS, INTERROGATORIES, AND ETC. OF COURTS, DEFENDANTS FOR THIS MOTION PLAINTIFF WILL SHOW.
Filed by: PLAINTIFF         on 1/11/07     Document   14
(  )   Stipulated/Consented/Joint Pleading
RESPONSES:
                                    on _____ Doc.# _____
                                    on _____ Doc.# _____
                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    /s/ Teresa Cole
                                    Deputy Clerk: Teresa Cole

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 12th day of January, 2007, that:

     The requested relief is DENIED.  Plaintiff has been given more than sufficient time to file his amended complaint.

                                                s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**

                                    Document No.